PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Charles Curry**  Docket No.11-00276

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Elizabeth G. Charleston** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Charles Curry**, who was placed under pretrial release supervision by the **Honorable Esther Salas** sitting in the Court at U.S. Courthouse/District of New Jersey, on May 5, 2011, under the following conditions:

$100,000 Unsecured Appearance Bond with the following conditions:

1. The defendant shall be released into the third party custody of Charelle Wilson.
2. Pretrial Services supervision.
3. Home Detention, with electronic monitoring, with exceptions for the following: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.
4. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
5. Maintain current residence or a residence approved by Pretrial Services.
6. Maintain or actively seek employment.
7. Drug testing and treatment as deemed appropriate by Pretrial Services.

On September 27, 2011, the defendant entered a plea of guilty and bail was modified to remove the electronic monitoring condition. All other conditions were to remain in effect.

On December 27, 2011, the defendant appeared for sentencing and was ordered to serve 27 months of incarceration, followed by 36 months of supervised release. Additionally, the defendant was excused from mandatory drug testing and ordered to pay $100.00 special assessment fee. The defendant's self-surrender date is February 27, 2012.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

**PRAYING THAT THE COURT WILL ORDER a Bail Review Hearing scheduled to address the reported violations.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____ and ordered filed and made a part of the records in the above case. | Executed on _January 11, 2012_ |
| _____ Honorable William H. Walls U.S. District Court Judge | _____ Elizabeth G. Charleston U.S. Pretrial Services Officer |